# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

  **v.**  **Case No:** 23-3225

Federico Guillermo Klein

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

See attached form identifying transcripts that have been recieved, and which remain to be ordered/recieved

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

Transcript Status Report Attachment: 21-cr-40/23-3225 (Federico Guillermo Klein)

Received

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| April 9, 2021 | Status Hearing/Motions Hearing/Detention Hearing | Lorraine Herman |
| October 4, 2021 | Arraignment/Status Conference | Nancy Meyer |
| December 17, 2021 | Arraignment/Status Conference | Lisa Bankins |
| February 4, 2022 | Status Conference | Lisa Griffith |
| March 4, 2022 | Status Conference | Sara Wicks |
| April 22, 2022 | Status Conference | Lisa Moreira |
| March 21, 2023 | Virtual Status Conference | Lisa Edwards |
| July 10, 2023 | Bench Trial | Nancy Meyer |
| July 11, 2023 | Bench Trial | Nancy Meyer |
| July 12, 2023 | Bench Trial | Nancy Meyer |
| July 13, 2023 | Bench Trial | Nancy Meyer (AM) |
| July 14, 2023 | Bench Trial | Nancy Meyer |
| July 20, 2023 | Oral Ruling and Verdict | Nancy Meyer |

Identified, to be Ordered/Downloaded

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| August 23, 2022 | Pretrial Conference | Tammy Nestor |
| April 17, 2023 | Status Conference | Tammi Sefranek |
| July 13, 2023 | Bench Trial | Lisa Moreira (PM) |
| November 3, 2023 | Sentencing | Lisa Edwards |