# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-3218             September Term, 2023

1:21-cr-00040-TNM-8
1:21-cr-00040-TNM-9

Filed On: June 3, 2024 [2057603]

United States of America,

        Appellee

    v.

Steven Cappuccio,

        Appellant

------------------------------

Consolidated with 23-3225

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | July 31, 2024 |
| Appendix | July 31, 2024 |
| Appellee's Brief | August 30, 2024 |
| Appellants' Reply Brief | September 20, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Catherine J. Lavender
Deputy Clerk