UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 23-3225

---

UNITED STATES OF AMERICA,                             Appellee,

    v.

FEDERICO GUILLERMO KLEIN,                       Appellant.

## APPELLEE'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLEE'S BRIEF

Pursuant to D.C. Cir. R. 28(e), appellee, the United States of America, respectfully moves this Court for a 56-day extension of time, to and including November 25, 2024, within which to file its brief in this case. Appellee's brief is currently due on September 30, 2024. Appellee attempted to contact counsel for appellant, Stanley E. Woodward, Jr., on September 19 and 20 via email (stanley@brandwoodwardlaw.com), and again on September 23 via voicemail (202-996-7447), asking for appellant's position on this motion. Appellee did not receive a response. This is appellee's first request for an extension of time in this case.

As grounds for this motion, appellee states that the undersigned Assistant United States Attorney, to whom this matter is assigned, will be unable to complete the government's brief by the current deadline due to the press of other business—including but not limited to oral arguments in *United States v. Little*, No. 24-3011 (September 24, 2024), and *United States v. Munafo*, No. 23-3187 (October 8, 2024), and briefing in *United States v. Alberts*, No. 23-3128 (government brief due November 7, 2024)—and the need to review appellant's claims and the appellate record. The undersigned Assistant United States Attorney will also be on leave for a number of days in October for observance of religious holidays.

## Conclusion

WHEREFORE, the government respectfully requests that the deadline to file its brief be extended by 56 days to November 25, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
REUVEN DASHEVSKY
MA Bar # 693966
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Reuven.Dashevsky@usdoj.gov
(202) 252-6829

# Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 236 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
Reuven Dashevsky
Assistant United States Attorney

# Certificate of Service

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Stanley E. Woodward, Jr., Esq., stanley@brandwoodwardlaw.com, on this 23rd day of September, 2024.

/s/
Reuven Dashevsky
Assistant United States Attorney