ORAL ARGUMENT NOT YET SCHEDULED

APPEAL NO. 23-3225

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,                                                                APPELLEE

v.

FEDERICO GUILLERMO KLEIN,                                                 APPELLANT.

## MOTION TO WITHDRAW AS COUNSEL FOR
## APPELLANT FEDERICO GUILLERMO KLEIN

The undersigned hereby respectfully moves this Court to allow the undersigned to withdraw as counsel of record in this matter, pursuant to the District of Columbia Rules of Professional Conduct 1.16(a)(3), (c).[1]

In support of this motion, the undersigned notifies this Court that Appellant Federico Guillermo Klein terminated Appellant's attorney-client relationship with

---

[1] It is unclear what rules govern withdrawal in the Court of Appeals for the District of Columbia Circuit. The District Court for the District of Columbia explicitly notes that that the District of Columbia Rules of Professional Conduct govern, "practice of law in this District." *Paul v. Judicial Watch, Inc.*, 571 F. Supp. 2d 17, 20 (D.D.C. 2008) (citing Rules of the United States District Court for the District of Columbia, LCvR 83.15). The Federal Rules of Appellate Procedure and the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit are silent on procedure for withdrawing the appearance of counsel. As such, this motion relies upon the District of Columbia Rules of Professional Conduct.

1

the undersigned and discharged the undersigned from representation in this matter. This decision was made after the Appellant discussed the potential consequences of such an action with the undersigned. As such, the undersigned must withdraw his representation in this matter. District of Columbia Rules of Professional Conduct 1.16(a)(3) ("[A] lawyer. . . where representation has commenced, shall withdraw from the representation of a client if. . . (3) the lawyer is discharged.").

Dated: November 5, 2024                      Respectfully Submitted,

                                                    *Stanley E. Woodward, Jr.*
                                         Stanley E. Woodward, Jr.
                                         BRAND WOODWARD LAW, LP
                                         400 Fifth Street, Northwest, Suite 350
                                         Washington, DC 20001
                                         202-996-7447 (telephone)
                                         202-996-0113 (facsimile)
                                         stanley@brandwoodwardlaw.com

                                         *Counsel for Appellant*
                                         *Federico Guillermo Klein*

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that the foregoing motion complies with the page and type-volume limitation because it contains 364 words. I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the response to the Appellee's Motion was prepared in 14-point Times New Roman font using Microsoft Word.

/s/<br>
Stanley E. Woodward Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/<br>
Stanley E. Woodward Jr.